# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, a corporation,<br><br>                                Plaintiff,<br><br>     vs.<br><br>GEORGE P. SHENAS,<br><br>                                Defendant. | CASE NO. 07CV0565-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Protective Life Insurance Company filed its complaint on March 28, 2007. On June 20, 2007, before Defendant appeared, Plaintiff filed its notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED:  June 21, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -

07CV0565

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CV0565